## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Dennis Lee Stauffer                                      CHAPTER 13
    Deborah Anne White Stauffer
     Debtor(s)                                   BKY. NO. 25-13442 AMC


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.


        Respectfully submitted,


      /s/ *Denise Carlon*
      Denise Carlon
      15 Sep 2025, 13:33:07, EDT


      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322

Document ID: 0f0c537849aaf038630bebe075d8eab32a351e83404a8f41ee5d2839326c72f6