**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | ) | |
| DENNIS LEE STAUFFER AND | ) | |
| DEBORAH ANNE WHITE STAUFFER, | ) | CASE NO.: 25-13442-AMC |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | JUDGE ASHELY M. CHAN |
| | ) | |
| MEB LOAN TRUST VIII, | ) | |
| | ) | |
| CREDITOR. | ) | |
| | ) | |
| DENNIS LEE STAUFFER AND DEBORAH | ) | |
| ANNE WHITE STAUFFER, DEBTORS, | ) | |
| AND SCOTT F. WATERMAN, TRUSTEE, | ) | |
| | ) | |
| RESPONDENTS. | ) | |

**OBJECTION TO CONFIRMATION OF PLAN**

COMES NOW MEB Loan Trust VIII, ("Secured Creditor") by and through its undersigned attorneys, and for its Objection to Confirmation of Debtors' Chapter 13 Plan, herein states and alleges as follows:

1. This Court has exclusive jurisdiction over this proceeding. Debtors filed this Petition under Chapter 13 of the United States Bankruptcy Code on or about August 29, 2025 and confirmation is pending with the Court.

2. Secured Creditor holds a lien over Debtor's property described as 1703 Powell Street, Norristown, PA 19401.

3. Secured Creditor will file its Proof of Claim by the claims bar date of November 7, 2025, showing the approximate arrears of $32,449.29, which is well above the arrearage of $0.00 listed in Debtors' Plan.

4. As of the date of filing this Objection to Confirmation, Secured Creditor's estimated secured claim is $63,202.90 and the underlying loan matures on July 1, 2032.

5. Additionally, the Plan allows until May 1, 2026 for Debtors to obtain a loan modification, which is too long of a time period for loss mitigation review without full payments to Secured Creditor.

6. Therefore, the plan fails 11 U.S.C. §1322 (b)(2)-(3), and pursuant to 11 U.S.C. §1325 (a)(5) the plan cannot be confirmed.

WHEREFORE, MEB Loan Trust VIII prays that its Objection to Confirmation of Plan be sustained, and for all further relief as is just and proper.

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Secured Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Amended Objection to Confirmation has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 18th day of September 2025:

*VIA U.S. MAIL*

*DEBTORS*
DENNIS LEE STAUFFER
DEBORAH ANNE WHITE STAUFFER
1703 POWELL STREET
NORRISTOWN, PA 19401

*VIA ELECTRONIC NOTICE*

*ATTORNEYS FOR DEBTORS*
JOSEPH L QUINN
ROSS, QUINN & PLOPPERT, P.C.
192 S. HANOVER STREET
SUITE 101
POTTSTOWN, PA 19464
COURTNOTICES@RQPLAW.COM

*TRUSTEE*
SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606
ECFMAIL@READINGCH13.COM

*U.S. TRUSTEE*
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania, Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.Goldman@padgettlawgroup.com
*Counsel for Secured Creditor*

3