UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Dennis Lee Stauffer<br>    Deborah Anne White Stauffer<br><br>    Debtors | Chapter 13<br>Bankruptcy No.25-13442-AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 22nd day of December, 2025, by first class mail upon those listed below:

Dennis Lee Stauffer
Deborah Anne White Stauffer
1703 Powell Street
Norristown, PA  19401

**Electronically via CM/ECF System Only:**

ROSS, QUINN & PLOPPERT, P.C.
JOSEPH L QUINN ESQUIRE
192 S HANOVER STREET, SUITE 101
POTTSTOWN, PA  19464

 

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee