**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  **Dennis Lee Stauffer and** | : | **Chapter 13** |
| **Deborah Anne White Stauffer,** | : | |
| **Debtors** | : | **Bky. No.:  25-13442-amc** |

**CERTIFICATION OF SERVICE**

I, Joseph Quinn, Esquire, attorney for Debtor, certify that on February 25, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Bankruptcy Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: February 25, 2026        By:    */s/ Joseph Quinn*
                                      Joseph Quinn, Esquire
                                      Attorney I.D. No. 307467
                                      **ROSS, QUINN & PLOPPERT, P.C.**
                                      192 S. Hanover Street, Suite 101
                                      Pottstown, PA 19464
                                      T: 610.323.5300
                                      JQuinn@rqplaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via:    ☒ CM/ECF   ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
        ☐Other:

1

Scott F. Waterman, Esquire
ECFMail@ReadingCh13.com
Standing Chapter 13 Trustee
Via: ☒ CM/ECF ☐1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Denise Elizabeth Carlon, Esquire
PennyMac Loan Services, LLC
bkgroup@kmllawgroup.com
Attorney
Via: ☒ CM/ECF ☐1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Matthew K. Fissel, Esquire
PennyMac Loan Services, LLC
bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com
Attorney
Via: ☒ CM/ECF ☐1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Joshua I. Goldman, Esquire
MEB Loan Trust VIII
Josh.Goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com,
josh.goldman@ecf.CourtDrive.com
Attorney
Via: ☒ CM/ECF ☐1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

Advanced Recovery Systems
901 E 8th Ave #206
King of Prussia, PA 19406
Creditor
Via: ☐ CM/ECF ☒1st Class Mail ☐Certified Mail ☐e-mail:
☐Other:

2

Amblunz Pennsylvania
154 Hansen sccess Road
King of Prussia, PA 19406
Creditor
Via:  ☐ CM/ECF  ☒1st Class Mail  ☐Certified Mail  ☐e-mail:
☐Other:

American Heritage Credit Union
c/o Weltman, Weinberg & Reis Co LPA
5990 West Creek Road, Suite 200
Independence, OH 44131
Creditor
Via:  ☐ CM/ECF  ☒1st Class Mail  ☐Certified Mail  ☐e-mail:
☐Other:

Asset Recovery Solutions, LLC
2200 E. Devon Ave, Suite 200
Des Plaines, IL 60018
Creditor
Via:  ☐ CM/ECF  ☒1st Class Mail  ☐Certified Mail  ☐e-mail:
☐Other:

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130
Creditor
Via:  ☐ CM/ECF  ☒1st Class Mail  ☐Certified Mail  ☐e-mail:
☐Other:

Capital One, N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118
Creditor
Via:  ☐ CM/ECF  ☒1st Class Mail  ☐Certified Mail  ☐e-mail:
☐Other:

ComenityCapital/Boscov
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218
Creditor
Via:  ☐ CM/ECF  ☒1st Class Mail  ☐Certified Mail  ☐e-mail:
☐Other:

3

Critacurity Medical Group
1240 S Broad Steet
Suite 220
Lansdale, PA 19446
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail        ☐Certified Mail        ☐e-mail:
        ☐Other:

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail        ☐Certified Mail        ☐e-mail:
        ☐Other:

Einstein
PO Box 789957
Philadelphia, PA 19178-9967
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail        ☐Certified Mail        ☐e-mail:
        ☐Other:

Einstein Medical Center Montgomery
Lockbox #9742
PO Box 789742
Philadelphia, PA 19178-9742
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail        ☐Certified Mail        ☐e-mail:
        ☐Other:

Einstein Medical Center Montgomery
Lockbox #9742
PO Box 8500
Philadelphia, PA 19178-9742
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail        ☐Certified Mail        ☐e-mail:
        ☐Other:

Grand View Hospital
PO Box 397
Souderton, PA 18964-0397
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail        ☐Certified Mail        ☐e-mail:
        ☐Other:

Grand View Medical Practices
PO Box 1111
Harleysville, PA 19438
Creditor
Via:　☐ CM/ECF　☒1st Class Mail　☐Certified Mail　☐e-mail:
　　　☐Other:

Grimley Financial Corporation
1415 Route 70 E Ste LL5
Cherry Hill, NJ 08034-2229
Creditor
Via:　☐ CM/ECF　☒1st Class Mail　☐Certified Mail　☐e-mail:
　　　☐Other:

Grimley Financial Corporation
30 Washington Avenue, Suite C-6
Haddonfield, NJ 08033-3341
Creditor
Via:　☐ CM/ECF　☒1st Class Mail　☐Certified Mail　☐e-mail:
　　　☐Other:

Jefferson Einstein Practice Plan
PO Box 780003
Philadelphia, PA 19178-0003
Creditor
Via:　☐ CM/ECF　☒1st Class Mail　☐Certified Mail　☐e-mail:
　　　☐Other:

Kohl's
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201
Creditor
Via:　☐ CM/ECF　☒1st Class Mail　☐Certified Mail　☐e-mail:
　　　☐Other:

Omnicare, LLC
PO BOX 713611
Cincinnati, OH 45271
Creditor
Via:　☐ CM/ECF　☒1st Class Mail　☐Certified Mail　☐e-mail:
　　　☐Other:

Parker McCay, P.A.
9000 Midlantic Drive, Suite 300
PO Box 5054
Mount Laurel, NJ 08054
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Performance Spine & Sports Physicians
1603 E High Street
Pottstown, PA 19464
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Plymouth Community Ambulance Association
902 Germantown Pike
Plymouth Meeting, PA 19462
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Quantum3 Group LLC as agent for
Bureaus Investment Group Portfolio No 15
PO Box 788
Kirkland, WA 98083-0788
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

S.E. PA Pain Management, Ltd
PO BOX 826499
Philadelphia, PA 19182
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Specialized Loan Servicing LLC
Attn: Bankruptcy
P.O. Box 630147
Littleton, CO 80163
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail        ☐Certified Mail        ☐e-mail:
        ☐Other:


Suburban Geriatrics
2901 Jolly Road
Plymouth Meeting, PA 19462-2324
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail        ☐Certified Mail        ☐e-mail:
        ☐Other:


The Bureaus Inc
Attn: Bankruptcy
650 Dundee Rd, Ste 370
Northbrook, IL 60062
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail        ☐Certified Mail        ☐e-mail:
        ☐Other: