**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | ) | |
| **DENNIS LEE STAUFFER, AND** | ) | **CASE NO.: 25-13442-AMC** |
| **DEBORAH ANNE WHITE STAUFFER** | ) | **CHAPTER 13** |
| DEBTOR. | ) | **JUDGE ASHELY M. CHAN** |
| | ) | |
| **MEB LOAN TRUST VIII,** | ) | |
| | ) | |
| CREDITOR. | ) | |
| | ) | |
| **DENNIS LEE STAUFFER, AND,** | ) | |
| **DEBORAH ANNE WHITE STAUFFER AND** | ) | |
| **SCOTT F. WATERMAN, TRUSTEE,** | ) | |
| | ) | |
| RESPONDENTS. | ) | |

**AMENDED OBJECTION TO CONFIRMATION OF PLAN**

COMES NOW MEB Loan Trust VIII, ("Secured Creditor") by and through its undersigned attorneys, and for its Amended Objection to Confirmation of Debtors First Amended Chapter 13 Plan, herein states and alleges as follows:

1.      This Court has exclusive jurisdiction over this proceeding. Debtor filed this Petition under Chapter 13 of the United States Bankruptcy Code on or about August 29, 2025 and confirmation is pending with the Court.

2.      Secured Creditor holds a lien over Debtor's property described as 1703 Powell Street, Norristown, PA 19401.

3.      Secured Creditor filed its Proof of Claim on, or about, November 4, 2025 (Claim No. 7), showing the approximate arrears of $33,326.89, which is above the arrearage of $0.00 listed on Debtor's Plan.

4.      As of the date of filing this Objection to Confirmation, Secured Creditor's secured claim is $ 85,968.12 and the underlying loan matures on July 1, 2032.

5.      Additionally, the Plan allows until February 2027 for Debtor to market and sell the Property, which is too long of a time period without full payments to Secured Creditor.  Furthermore,

Debtor does not address maintaining adequate protection payments or how taxes and insurance will be paid to Secured Creditor.

6.      Therefore, the plan fails 11 U.S.C. §1322 (b)(2)-(3), and pursuant to 11 U.S.C. §1325 (a)(5) the plan cannot be confirmed.

WHEREFORE, MEB Loan Trust VIII, prays that its Amended Objection to Confirmation of Plan be sustained, and for all further relief as is just and proper.

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Secured Creditor*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Amended Objection to Confirmation

has been furnished to the parties on the attached Service List by electronic notice and/or by First Class

U.S. Mail on this 17th day of March 2026:

*VIA U.S. MAIL*

*DEBTOR*
DENNIS LEE STAUFFER
DEBORAH ANNE WHITE STAUFFER
1703 POWELL STREET
NORRISTOWN, PA 19401

*VIA ELECTRONIC NOTICE*

*ATTORNEYS FOR DEBTOR*
JOSEPH L QUINN
ROSS, QUINN & PLOPPERT, P.C.
192 S. HANOVER STREET, SUITE 101
POTTSTOWN, PA 19464
TZEARFOSS@AOL.COM

*TRUSTEE*
SCOTT F. WATERMAN
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606
ECFEMAILS@PH13TRUSTEE.COM

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV                Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania, Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.Goldman@padgettlawgroup.com
*Counsel for Secured Creditor*

3