**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **DENNIS LEE STAUFFER, AND,** | ) | **CASE NO.: 25-13442-AMC** |
| **DEBORAH ANNE WHITE STAUFFER** | ) | **CHAPTER 13** |
| **DEBTOR** | ) | **JUDGE ASHELY M. CHAN** |
| | ) | |
| **MEB LOAN TRUST VIII,** | ) | |
| | ) | |
| **CREDITOR** | ) | |
| | ) | |
| **DENNIS LEE STAUFFER, AND,** | ) | |
| **DEBORAH ANNE WHITE STAUFFER AND** | ) | |
| **SCOTT F. WATERMAN, TRUSTEE** | ) | |
| | ) | |
| **RESPONDENTS** | ) | |

**WITHDRAWAL OF AMENDED OBJECTION TO CONFIRMATION OF PLAN**
**(This resolves Docket No. 31)**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw MEB Loan Trust VIII's Amended Objection to Confirmation of Plan which

was filed with this Court on or about **March 17, 2026 as Docket No. 31.**

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the

parties on the List by electronic notice and/or by First Class U.S. Mail on this 28th day of April 2026.

*VIA U.S. MAIL*

**DEBTOR**
Dennis Lee Stauffer
Deborah Anne White Stauffer
1703 Powell Street
Norristown, PA 19401

*VIA ELECTRONIC NOTICE*

**ATTORNEY FOR DEBTOR**
JOSEPH L QUINN
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street
Suite 101
Pottstown, PA 19464
CourtNotices@rqplaw.com

**TRUSTEE**
SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com

**U.S. TRUSTEE**
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*