**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | ) | |
| **DENNIS LEE STAUFFER,** | ) | **CASE NO.: 25-13442-AMC** |
| **AND** | ) | **CHAPTER 13** |
| **DEBORAH ANNE WHITE STAUFFER,** | ) | **JUDGE ASHELY M. CHAN** |
| | ) | |
| **DEBTORS.** | ) | |
| | ) | |
| **MEB LOAN TRUST VIII,** | ) | |
| | ) | |
| **CREDITOR.** | ) | |
| | ) | |
| **DENNIS LEE STAUFFER AND DEBORAH** | ) | |
| **ANNE WHITE STAUFFER, DEBTORS,** | ) | |
| **AND SCOTT F. WATERMAN, TRUSTEE** | ) | |
| | ) | |
| **RESPONDENTS.** | ) | |

### RESPONSE TO DEBTOR'S MOTION TO SELL REAL ESTATE

COMES NOW, MEB Loan Trust VIII ("Creditor"), and files this written Response to Motion to Sell, and as grounds therefore states:

1.  Creditor is a secured creditor holding a secured Claim against Debtor's Property, **1703 Powell Street, Norristown, PA 19401** (hereinafter the "Property") in the approximate amount of $92,463.87 as of the Payoff Quote good through June 2, 2026 provided by Creditor.

2.  The Debtor filed a Motion to Sell ("Motion") on May 22, 2026 and noticed it for hearing to be held on June 17, 2026.

3.  Creditor agrees to the Motion provided their lien on the Property will be paid in full.

WHEREFORE PREMISES CONSIDERED, Creditor prays that the Court will approve

Debtor's Motion with the stipulation that its loan is paid in full.

Respectfully submitted,
/s/ *Joshua I. Goldman*
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Attorney for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the

parties on the List by electronic notice and/or by First Class U.S. Mail on this 5th day of June 2026.

*VIA U.S. MAIL*

*DEBTORS*
DENNIS LEE STAUFFER
DEBORAH ANNE WHITE STAUFFER
1703 POWELL STREET
NORRISTOWN, PA 19401

*VIA ELECTRONIC NOTICE*

*ATTORNEY*
JOSEPH L QUINN
ROSS, QUINN & PLOPPERT, P.C.
192 S. HANOVER STREET
SUITE 101
POTTSTOWN, PA 19464
COURTNOTICES@RQPLAW.COM

*TRUSTEE*
SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606
ECFMAIL@READINGCH13.COM

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

/s/ *Joshua I. Goldman*
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Attorney for Creditor*