**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Dennis Lee Stauffer and | : | Chapter 13 |
| Deborah Anne White Stauffer, | : | |
| Debtors | : | Bky. No.:  25-13442-amc |

**ORDER**

AND NOW, upon consideration of the Motion to Sell Real Estate, and upon notice to all interested parties and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

ORDERED, that debtors Dennis Lee Stauffer and Deborah Ann White Stauffer. are granted permission to sell real property known as 1703 Powell Street, Norristown, PA 19401 ("Property") for the sale price of $261,000 to buyer Genevieve Boland ("Buyer"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

1. Estimated ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters       $       2,000.00

2. Lien paid at closing – MEB Loan Trust VIII c/o NewRez LLC dba Shellpoint Mortgage Servicing       $       92,463.87
* the lien shall be paid in full and will vary accordingly based on actual settlement date.  MEB Loan Trust VIII c/o NewRez LLC dba Shellpoint Mortgage Servicing shall retain its lien on the real property until the lien is paid in full.

3. Lien paid at closing – PennyMac Loan Services, LLC       $       19,967.16
*the lien shall be paid in full and will vary accordingly based on the actual settlement date. PennyMac Loan Services, LLC shall retain its lien on the real property until the lien is paid in full.

4. Seller Closing Cost Assist from Seller to Buyer       $       16,000.00

5. Pennsylvania Real Estate Transfer Tax of 1.0%       $       2,610.00

6. Commission to Sam Walls (Agent of Seller)       $       6,525.00

7. Exempt sale proceeds paid to Sellers       $       113,753.97

8. Approximate payment to Scott F. Waterman, Trustee       $       7,680.00

1

This Order permitting sale of the real estate shall be effective and enforceable immediately upon entry and Debtors Dennis Lee Stauffer and Deborah Anne White Stauffer  and Buyer are authorized to close the Sale immediately upon entry of this Sale Order.   The stay required under Bankruptcy Rule 6004(h) is hereby waived.

The title clerk shall fax a settlement statement from the closing directly to Scott F. Waterman, Trustee upon the close of the settlement to (215) 779-3637, and the Trustee shall promptly notify the title company of any objection to the sums to be disbursed. The title clerk shall immediately transmit the actual disbursement check to the trustee by overnight courier.

In the event the case is converted to Chapter 7, any funds remaining in the possession of the standing Chapter 13 trustee derived from the sale of the real estate shall be transferred to the appointed Chapter 7 trustee.


BY THE COURT:


_____
Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

2