United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-13442-amc

Dennis Lee Stauffer                                                                   Chapter 13

Deborah Anne White Stauffer

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                          Page 1 of 2

Date Rcvd: Jun 18, 2026                   Form ID: pdf900                             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

**Recip ID**                          **Recipient Name and Address**
db/jdb                          + Dennis Lee Stauffer, Deborah Anne White Stauffer, 1703 Powell Street, Norristown, PA 19401-3023

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

JOSEPH L QUINN
                          on behalf of Debtor Dennis Lee Stauffer CourtNotices@rqplaw.com

JOSEPH L QUINN
                          on behalf of Joint Debtor Deborah Anne White Stauffer CourtNotices@rqplaw.com

JOSHUA I. GOLDMAN
                          on behalf of Creditor MEB Loan Trust VIII Josh.Goldman@padgettlawgroup.com
                          bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

MATTHEW K. FISSEL
                          on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
                          ECFMail@ReadingCh13.com

United States Trustee

District/off: 0313-2                                  User: admin                                        Page 2 of 2
Date Rcvd: Jun 18, 2026                              Form ID: pdf900                                 Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  **Dennis Lee Stauffer and** | : | **Chapter 13** |
| **Deborah Anne White Stauffer,** | : | |
| **Debtors** | : | **Bky. No.:  25-13442-amc** |

## ORDER

**AND NOW**, upon consideration of the Motion to Sell Real Estate, and upon notice to all interested parties and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtors Dennis Lee Stauffer and Deborah Ann White Stauffer. are granted permission to sell real property known as 1703 Powell Street, Norristown, PA 19401 ("Property") for the sale price of $261,000 to buyer Genevieve Boland ("Buyer"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

1. Estimated ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters      $      2,000.00

2. Lien paid at closing – MEB Loan Trust VIII c/o NewRez LLC dba Shellpoint Mortgage Servicing      $    92,463.87
   * the lien shall be paid in full and will vary accordingly based on actual settlement date.  MEB Loan Trust VIII c/o NewRez LLC dba Shellpoint Mortgage Servicing shall retain its lien on the real property until the lien is paid in full.

3. Lien paid at closing – PennyMac Loan Services, LLC      $    19,967.16
   *the lien shall be paid in full and will vary accordingly based on the actual settlement date. PennyMac Loan Services, LLC shall retain its lien on the real property until the lien is paid in full.

4. Seller Closing Cost Assist from Seller to Buyer      $    16,000.00

5. Pennsylvania Real Estate Transfer Tax of 1.0%      $      2,610.00

6. Commission to Sam Walls (Agent of Seller)      $      6,525.00

7. Exempt sale proceeds paid to Sellers      $    113,753.97

8. Approximate payment to Scott F. Waterman, Trustee      $      7,680.00

1

This Order permitting sale of the real estate shall be effective and enforceable immediately upon entry and Debtors Dennis Lee Stauffer and Deborah Anne White Stauffer  and Buyer are authorized to close the Sale immediately upon entry of this Sale Order.   The stay required under Bankruptcy Rule 6004(h) is hereby waived.

The title clerk shall fax a settlement statement from the closing directly to Scott F. Waterman, Trustee upon the close of the settlement to (215) 779-3637, and the Trustee shall promptly notify the title company of any objection to the sums to be disbursed. The title clerk shall immediately transmit the actual disbursement check to the trustee by overnight courier.

In the event the case is converted to Chapter 7, any funds remaining in the possession of the standing Chapter 13 trustee derived from the sale of the real estate shall be transferred to the appointed Chapter 7 trustee.

BY THE COURT:

Date:  June 18, 2026

_____
Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

2