**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:  Dennis Lee Stauffer and** | **:** | **Chapter 13** |
| **Deborah Anne White Stauffer** | **:** | |
| **Debtors** | **:** | **Bky. No.:  25-13442-amc** |

## NOTICE OF CHANGE OF ADDRESS OF DEBTORS

TO THE CLERK:

Kindly update the Court's records to reflect a new mailing address for debtors, Dennis Lee Stauffer and Deborah Anne White Stauffer, effective immediately, to:

151 North Hanover Street, Apt 1

Pottstown, PA 19464

By:     */s/ Joseph L. Quinn*
Joseph L. Quinn, Esquire
ROSS, QUINN & PLOPPERT, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph; (610) 323-5300
jquinn@rqplaw.com

Date: June 9, 2026