United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-13442-amc |
| Dennis Lee Stauffer | Chapter 13 |
| Deborah Anne White Stauffer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 16, 2026 | Form ID: 155 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis Lee Stauffer, Deborah Anne White Stauffer, 151 North Hanover Street, Apt 1, Pottstown, PA 19464-5459 |
| 15044753 | + | Advanced Recovery Systems, 901 E 8th Ave #206, King of Prussia, PA 19406-1354 |
| 15044754 | + | Amblunz Pennsylvania, 154 Hansen sccess Road, King of Prussia, PA 19406-2404 |
| 15044759 | + | Critacurity Medical Group, 1240 S Broad Steet, Suite 220, Lansdale, PA 19446-5395 |
| 15044761 | | Einstein, PO Box 789957, Philadelphia, PA 19178-9967 |
| 15044762 | | Einstein Medical Center Montgomery, Lockbox #9742, PO Box 789742, Philadelphia, PA 19178-9742 |
| 15044763 | | Einstein Medical Center Montgomery, Lockbox #9742, PO Box 8500, Philadelphia, PA 19178-9742 |
| 15044764 | # | Grand View Hospital, PO Box 397, Souderton, PA 18964-0397 |
| 15044765 | + | Grand View Medical Practices, PO Box 1111, Harleysville, PA 19438-0907 |
| 15044767 | | Grimley Financial Corporation, 30 Washington Avenue, Suite C-6, Haddonfield, NJ 08033-3341 |
| 15044768 | | Jefferson Einstein Practice Plan, PO Box 780003, Philadelphia, PA 19178-0003 |
| 15046879 | + | MEB Loan Trust VIII, c/o Joshua I. Goldman, Esq, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 15044770 | + | Omnicare, LLC, PO BOX 713611, Cincinnati, OH 45271-3611 |
| 15050664 | + | PENNYMAC LOAN SERVICES, LLC, C/O Denise Carlon, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15044773 | + | Performance Spine & Sports Physicians, 1603 E High Street, Pottstown, PA 19464-5061 |
| 15044774 | + | Plymouth Community Ambulance Association, 902 Germantown Pike, Plymouth Meeting, PA 19462-7400 |
| 15044775 | + | S.E. PA Pain Management, Ltd, PO BOX 826499, Philadelphia, PA 19182-6499 |
| 15044777 | | Suburban Geriatrics, 2901 Jolly Road, Plymouth Meeting, PA 19462-2324 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15051706 | + | Email/Text: BKRMailOps@weltman.com | Jul 17 2026 02:18:00 | American Heritage Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| 15044755 | + | Email/Text: bankruptcy@amhfcu.org | Jul 17 2026 02:18:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 15044756 | ^ | MEBN | Jul 17 2026 02:16:39 | Asset Recovery Solutions, LLC, 2200 E. Devon Ave, Suite 200, Des Plaines, IL 60018-4501 |
| 15044757 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2026 02:20:14 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15049457 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 17 2026 02:20:06 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15044758 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 17 2026 02:18:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15044760 | + | Email/Text: mrdiscen@discover.com | Jul 17 2026 02:17:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

District/off: 0313-2                         User: admin                                         Page 2 of 3
Date Rcvd: Jul 16, 2026                      Form ID: 155                                        Total Noticed: 35

| | | | |
|---|---|---|---|
| 15044766 | ^ MEBN | Jul 17 2026 02:16:23 | Grimley Financial Corporation, 1415 Route 70 E Ste LL5, Cherry Hill, NJ 08034-2229 |
| 15044769 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2026 02:19:57 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15068840 | ^ MEBN | Jul 17 2026 02:17:23 | MEB Loan Trust VIII c/o, NewRez LLC dba Shellpoint Mortgage Servi, PO Box 10826, Greenville, SC 29603-0826 |
| 15044771 | ^ MEBN | Jul 17 2026 02:17:02 | Parker McCay, P.A., 9000 Midlantic Drive, Suite 300, PO Box 5054, Mount Laurel, NJ 08054-5054 |
| 15044772 | + Email/PDF: ebnotices@pnmac.com | Jul 17 2026 02:19:58 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15063757 | + Email/PDF: ebnotices@pnmac.com | Jul 17 2026 02:19:58 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15045820 | Email/Text: bnc-quantum@quantum3group.com | Jul 17 2026 02:18:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 15045821 | Email/Text: bnc-quantum@quantum3group.com | Jul 17 2026 02:18:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15044776 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 17 2026 02:18:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 15044778 | + Email/Text: bnc-thebureaus@quantum3group.com | Jul 17 2026 02:18:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15062636 | *+ | AMERICAN HERITAGE CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2026                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Joint Debtor Deborah Anne White Stauffer CourtNotices@rqplaw.com |

District/off: 0313-2                               User: admin                                    Page 3 of 3

Date Rcvd: Jul 16, 2026                           Form ID: 155                                    Total Noticed: 35

JOSEPH L QUINN
                    on behalf of Debtor Dennis Lee Stauffer CourtNotices@rqplaw.com

JOSHUA I. GOLDMAN
                    on behalf of Creditor MEB Loan Trust VIII Josh.Goldman@padgettlawgroup.com
                    bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

MATTHEW K. FISSEL
                    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                      )

   Dennis Lee Stauffer         )         Case No. 25–13442–amc

                      )

                      )

   Deborah Anne White Stauffer   )         Chapter: 13

                      )

   Debtor(s).            )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 15, 2026                    For The Court

                                          Ashely M. Chan
                                          Chief Judge, United States Bankruptcy Court