WWR# 041553382

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Dennis Lee Stauffer<br>Deborah Anne White-Stauffer<br>        Debtors | CASE NO. 25-13442-amc<br><br>CHAPTER BANKRUPTCY NO. 13 |
| AMERICAN HERITAGE CREDIT UNION<br>        Movant | Nature of Proceeding<br>Proof of Claim<br><br>Related to Document #        5-1 |

**PRAECIPE TO WITHDRAW**
**PROOF OF CLAIM #5-1**

CHECK ONE:

☒    The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

Dated: 7/22/26

/s/ Milos Gvozdenovic
Milos Gvozdenovic (0077969)
Attorney for Movant
American Heritage Credit Union
5990 West Creek Rd. Suite 200
Independenc, OH 44131
216-739-5647
mgvozdenovic@weltman.com