Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Dennis Lee Stauffer
Deborah Anne White Stauffer
151 North Hanover St
Apt. 1
Pottstown, PA 19464

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-13442-AMC**

Petition Filed Date: 08/29/2025
341 Hearing Date: 10/03/2025
Confirmation Date: 07/15/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/16/2025 | $250.00 | | 11/18/2025 | $250.00 | | 12/17/2025 | $250.00 | |
| 01/16/2026 | $250.00 | | 03/03/2026 | $250.00 | | 03/17/2026 | $250.00 | |
| 04/17/2026 | $208.00 | | 05/19/2026 | $208.00 | | 06/17/2026 | $180.00 | |
| 07/06/2026 | $7,680.00 | 17840 | 07/17/2026 | $180.00 | | | | |

**Total Receipts for the Period: $9,956.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $10,136.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $4,685.00 | $4,685.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC<br>»» 001 | Unsecured Creditors | $3,053.23 | $1,143.92 | $1,909.31 |
| 2 | QUANTUM3 GROUP LLC<br>»» 002 | Unsecured Creditors | $192.59 | $72.16 | $120.43 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $2,830.00 | $1,060.28 | $1,769.72 |
| 4 | AMERICAN HERITAGE CREDIT UNION<br>»» 004 | Unsecured Creditors | $6,390.24 | $2,394.16 | $3,996.08 |
| 5 | AMERICAN HERITAGE CREDIT UNION<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PENNYMAC LOAN SERVICES LLC<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $401.23 |
| 7 | NEWREZ LLC D/B/A<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $33,326.89 |

**Chapter 13 Case No. 25-13442-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,136.00 | Current Monthly Payment: | $180.00 |
| Paid to Claims: | $9,355.52 | Arrearages: | ($180.00) |
| Paid to Trustee: | $780.48 | Total Plan Base: | $14,456.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.